UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHESTER GOTTSCHALCK,** *et al* § | **CIVIL ACTION NO: 2:19-cv-12399** |
| § | |
| **VERSUS** § | **JUDGE: SUSIE MORGAN** |
| § | |
| **PRESCRIBED PEDIATRIC** § | **MAGISTRATE: MICHAEL NORTH** |
| **EXTENDED CARE, INC.,** *et al* § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Chester Gottschalck and Wendy Gottschalck, individually and on behalf of their deceased son, Lane Gottschalck ("Lane"), to move for partial summary judgment on the issue of liability against the Defendants, Prescribed Pediatric Extended Care, Inc. d/b/a Pediatric Health Choice ("PHC"), and Evanston Insurance Company. No genuine issues of material fact exist regarding Defendant PHC's responsibility for Lane's care and safety while at PHC's facility, that the events causing Lane's death occurred at Defendant's facility, or that Defendant's staffing practices and staff member actions contributed to Lane's untimely death. Moreover, Defendants have proffered no factually supported alternate cause of death that would relieve them of liability. The grounds for Plaintiffs' motion are more fully set forth in the attached statement of uncontested material facts and memorandum in support of partial summary judgment, and in the record materials and exhibits (Exhibits A–F) cited therein.

**WHEREFORE**, Chester Gottschalck and Wendy Gottschalck, individually and on behalf of their deceased son, Lane Gottschalck, pray for partial summary judgment against the Defendants on the issue of liability.

          **Respectfully submitted,**

          **MILLING BENSON WOODWARD L.L.P.**

          *s/Chadwick W. Collings*
          **Chadwick W. Collings (#25373) (T.A.)**
          **Lauren A. Williams (#37917)**
          **68031 Capital Trace Row**
          **Mandeville, Louisiana 70471**
          **Telephone: 985-292-2000**
          **Facsimile: 985-292-2001**
          ccollings@millinglaw.com

          **&**

          **Richard Ernest Santora (#1582)**
          **909 Poydras Street, Ste 2300**
          **New Orleans, LA 70112**
          **Telephone: 504-569-7000**
          **Facsimile: 504-569-7001**
          **E-mail:** rsantora@millinglaw.com
          *Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 29, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

          *s/Chadwick W. Collings*
          Chadwick W. Collings