UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHESTER GOTTSCHALCK, ET AL.,**  Plaintiffs | CIVIL ACTION |
| **VERSUS** | NO.  19-12399 |
| **PRESCRIBED PEDIATRIC EXTENDED CARE, INC., ET AL.,**  Defendants | SECTION: "E" (5) |

## ORDER AND AMENDED SCHEDULING ORDER

Before the Court is the Defendants' Motion to Continue Non-Evidentiary Pretrial Motions and Motions in Limine regarding Admissibility of Expert Testimony.[1]

**IT IS ORDERED** that the motion be and hereby is **GRANTED**. Parties must file opposition memoranda to any filed non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony no later than **October 20, 2020.**

The parties shall comply with the deadlines set forth below.

| | |
|---|---|
| Pretrial order  **Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **October 6, 2020** at **5:00 p.m.** |
| Pretrial conference  **Attended by lead attorney. (See Local Rule 11.2)** | **October 9, 2020 at 10:00 a.m.** |

---

[1] R. Doc. 81.

1

| Final list of witnesses to be called at trial | Filed no later than **October 16, 2020** at **5:00 p.m.** |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **October 20, 2020** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **October 21, 2020** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **October 29, 2020** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **November 2, 2020** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at p. 8** | Filed and emailed to the Court by **November 2, 2020** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>*See* **pretrial notice at p. 8** | Filed by **November 2, 2020** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>*See* **pretrial notice at p. 8** | Filed by **November 2, 2020** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>*See* **pretrial notice at pp. 5-6** | Delivered to the Court by **November 2, 2020** at **5:00 p.m.** |

| | |
|---|---|
| Trial memoranda<br><br>***See* pretrial notice at pp. 8-9** | Filed by **November 2, 2020** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **November 2, 2020** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **November 2, 2020** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **November 4, 2020** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **November 4, 2020** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See* pretrial notice at p. 7** | The factual elements of such questions shall be submitted to the expert witness by **November 4, 2020** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>***See* pretrial notice at p. 7** | Provided to opposing counsel by **November 4, 2020 at 5:00 p.m.** |

| | |
|---|---|
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **November 5, 2020** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **January 19, 2020 at 9:00 a.m.** (estimated to last **5** days) |

**New Orleans, Louisiana, this 2nd day of October, 2020.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**